*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528-4477*

---

In Re: **Nicholas Mastroianni**

   Debtor(s)

BK No. **1:03-bk-13239**

Chapter **7**

AP No. **1:03-ap-01081**

**Elaine L. Chao** et al
Plaintiff(s)

   v.

**Nicholas Mastroianni II** et al
Defendant(s)

Judge: **Arthur N. Votolato**

---

### *JUDGMENT*

Pursuant to the order entered this date, judgment is hereby entered regarding;

   **14 - Consent Order Granting Complaint and Denying Discharge (523) (re [1] Complaint).**

Judgment #: 1:03–ap–01081 – 15 – 14

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **11/10/04**
Document Number: **15 – 14**

By: **HAD**
Deputy Clerk

judgmentap.jsp Form 406